UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No.: 1:19-cr-65 |
| | ) | |
| v. | ) | District Judge Curtis L. Collier |
| | ) | |
| BRANDON CANNON | ) | Magistrate Judge Christopher H. Steger |

**O R D E R**

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation (Doc. 40) recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Count Three of the three count Indictment; (2) accept Defendant's guilty plea to Count Three of the three count Indictment; (3) adjudicate Defendant guilty of possession of a firearm by a convicted felon in violation of 18 U.S.C. § 922(g)(1); and (4) order that Defendant remain in custody until further order of this Court or sentencing in this matter.

After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 40) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea to Count Three of the three count Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count Three of the three count Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of possession of a firearm by a convicted felon in violation of 18 U.S.C. § 922(g)(1);

4. Defendant **SHALL REMAIN** in custody until further order of this Court or sentencing in this matter; and

5. A decision on whether to accept the plea agreement is **DEFERRED** until sentencing in this matter, which is scheduled to take place on **February 26, 2020, at 2:00 p.m.** before the undersigned.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**